**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52467.

May 18, 1972.

on the showing by minute entry of May 11th that an evidentiary hearing has been ordered for May 19th, the application is dismissed as moot.

262 So.2d 37

**STATE of Louisiana**

v.

**Enola Mae DUHON.**

No. 52476.

May 18, 1972.

relator has an adequate remedy by appeal in the event of conviction.

262 So.2d 38

**Ethel Mae DAWSON, Individually and as Administrator of Ivory Lee Mack**

v.

**Leonard P. FLEMING et al.**

No. 52460.

May 18, 1972.

Under the facts found by the Court of Appeal, we find no error of law.